1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org

6  Attorneys for Defendant

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,            )   CASE NO. 08MJ2214
                                        )
12         Plaintiff,                   )
                                        )
13 v.                                   )
                                        )   **NOTICE OF APPEARANCE**
14 FERNANDO HERNANDEZ-MONTIEL,          )
                                        )
15         Defendant.                   )
                                        )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: July 24, 2008                     */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008                  /s/ *DAVID M. C. PETERSON*
                                      DAVID M.C. PETERSON
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA 92101-5030
                                      (619) 234-8467 (tel)
                                      (619) 687-2666 (fax)
                                      David_Peterson@fd.org (email)