| | |
|---|---|
| 1 | **DAVID M.C. PETERSON** |
|   | California Bar No. 254498 |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** |
|   | 225 Broadway, Suite 900 |
| 3 | San Diego, California 92101-5008 |
|   | Telephone:    (619) 234-8467 |
| 4 | Facsimile:     (619) 687-2666 |
|   | Email:           David_Peterson@fd.org |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8664 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| IGNACIO MIRAMONTES-PESQUERIA, | ) | |
| Defendant. | ) | |

Notice is hereby given by David M.C. Peterson, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case:

Document:         *Notice of Attorney Appearance*

File Date:           July 24, 2008

Docket #:           5

Respectfully submitted,

Dated: July 24, 2008         /s/ *DAVID M.C. PETERSON*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008                    /s/ *DAVID M.C. PETERSON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)